# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Joe Guadalupe GARCIA<br>(YOB: 1984)<br><br>*Defendant(s)* | )<br>)<br>)  Case No. M-16-2196-M<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___November 4, 2016___ in the county of ___Hidalgo___ in the ___Southern___ District of ___Texas___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Title 751(a) | Knowingly ESCAPE from federal custody, that is, GEO Mid-Valley Halfway House Edinburg, Texas, in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Southern District of Texas in case number 2:15CR00201-001 for the conviction of the felony offense of Transportation of Undocumented Aliens, in violation of Title 8 U.S.C. Sections 1324(a)(1)(A)(ii), (a)(1)(A)(v)(II), and (a)(1)(B)(ii). |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

OK to file. TNT

_____
*Complainant's signature*

Andre Rene Rodriguez/Deputy U.S. Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11-29-2016

City and state: McAllen, Texas

_____
*Judge's signature*

Jason Libby, U.S. Magistrate Judge
*Printed name and title*

## Attachment "A"

On February 17, 2015, Agents with Immigration and Customs Enforcement arrested Joe Guadalupe GARCIA for the offense of Transportation of Undocumented Aliens pursuant to Title 8 U.S.C. 1324(a)(1)(A)(ii), (a)(1)(A)(v)(II), and (a)(1)(B)(ii). On March 11, 2015, GARCIA was indicted in the Southern District of Texas, Corpus Christi Division, and charged with Transportation of Undocumented Aliens Case No. 2:15CR00201-001.

On April 21, 2015, GARCIA plead guilty to count one of the charges of Transportation of Undocumented Aliens. On August 5, 2015, in Case No. 2:15CR00201-001, GARCIA was committed to the Custody of the United States Bureau of Prisons for a total term of 40 months by District Judge Nelva Gonzales Ramos.

On September 15, 2016, GARCIA was designated to the GEO Group(Mid-Valley Halfway House) in Edinburg, Texas to finish the remainder of his sentence which was to conclude on March 13, 2017.

On November 4, 2016 at approximately 5:40 p.m. GARCIA received approval for an escorted furlough to Walmart(2812 south Expressway 281, Edinburg, TX 78542) to acquire a money order. GARCIA along with the Guard entered the building through the Pharmacy Entrance. GARCIA immediately ran west through the store and exited the Garden Center Entrance. GARCIA departed the location in a Black Ford Explorer without authorization and failed to return back. GARCIA was placed on escape status and his whereabouts are still unknown.